UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                              Case No.: 1:11–cr–00070–DDD

                                                           Judge David D. Dowd Jr.

Richard Michael Persa, et al.

                                     Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      Notice of Hearing as to defendant Matthew J. Holland; an arraignment is scheduled for 2/24/11 at 10:30 AM in Courtroom No. 242 in Youngstown, Ohio before Magistrate Judge George J. Limbert.(S,AA)

**PLACE**
Thomas D. Lambros
United States Courthouse &Federal Building
125 Market Street
Youngstown, OH
44503

February 18, 2011

                                                                      Geri M. Smith, Clerk
                                                  Anita Ann Schenker, Deputy Clerk