UNITED STATES OF AMERICA

                        Plaintiff,

v.                                               Case No.: 1:11–cr–00070–DDD
                                                    Judge David D. Dowd Jr.

Richard Michael Persa, et al.

                        Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      4/11 at 9:00 a.m. (S,AA)Notice of Hearing as to defendant Matthew J. Holland; pursuant to the request of defendant's counsel, the arraignment has been rescheduled and will be held before Magistrate Judge George J. Limbert in Courtroom No. 242 in Youngstown, Ohio on 2/2

**PLACE**
Thomas D. Lambros
United States Courthouse &Federal Building
125 Market Street
Youngstown, OH
44503

February 18, 2011

                                                                  Geri M. Smith, Clerk
                                                      Anita Ann Schenker, Deputy Clerk