DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CASE NO. 1:11 CR 70 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Richard Michael Persa and | ) | |
| Matthew J. Holland, | ) | |
| | ) | |
| Defendants. | ) | |

The defendants have moved for discovery and counsel for the government has responded and requests an order directing the defendants to provide reciprocal discovery. The motion is well taken and is GRANTED.

The defendant Matthew Holland has filed a motion for a bill of particulars. Doc. 14. The motion is GRANTED as to the time the alleged offense was committed and the place where the alleged offense was committed.

The defendant Matthew Holland has made a request for Giglio material. Doc. 15. The motion is GRANTED. Both defendants have filed motions for production of information

(1:11 CR 70)

relevant to the computation of the sentencing guidelines. Doc. 16 as to defendant Holland and Doc. 11 as to the defendant Persa.

The Court finds the requests too broad and they are DENIED.

IT IS SO ORDERED.

| | |
|---|---|
|  March 29, 2011 |  */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |