DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:11CR70 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Matthew J. Holland | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Counsel for the defendant Matthew Holland, apparently after learning that the Court had granted the motion of counsel for the co-defendant Richard Persa for a continuance of the trial date, has filed a duplicate motion to continue the trial and motion deadline dates and also a duplicate motion to sever.  The Court granted the motions of the defendant Persa because it had determined that the motion for a severance was well taken.  However, the Court needs to proceed with the trial of defendant Holland as scheduled because of the heavy criminal and civil trial schedule confronting the Court, as well as, the fact that the defendants have been in continued custody since January 24, 2011.  If in fact defendant Holland has a motion to suppress it should be filed forthwith so the Court may address the motion to suppress following the status conference on April 19, 2011.  Consequently, if defendant Holland has a motion to suppress it must be filed by April 11, 2011, and if the motion to suppress requires an evidentiary hearing the Court will conduct the same following the status conference on April 19, 2011.

(1:11CR70)

      The defendant Matthew Holland's motion (docket #23) for continuance of the trial date is DENIED .  The defendant Matthew Holland's motion (docket #22) to sever defendants is DENIED as moot, as the Court has already granted a motion to sever the defendants trial.

      IT IS SO ORDERED.

| | |
|---|---|
| March 30, 2011 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |