IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR070 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD |
| | ) | |
| -vs- | ) | |
| | ) | **GOVERNMENT'S MOTION FOR** |
| MATTHEW J. HOLLAND | ) | **CONTINUANCE OF EVIDENTIARY** |
| | ) | **HEARING** |
| Defendant. | ) | |

Now comes the United States of America, by and through Steven M. Dettelbach, United States Attorney, and Phillip J. Tripi, Assistant United States Attorney, and requests this Court to continue any needed evidentiary hearing from Tuesday, April 19, 2011, to the morning of the scheduled trial on Monday, April 25, 2011, for the following reasons:

Undersigned counsel is trial counsel of record in United States v. El Sayed, Case No. 4:10CR508, and begins a trial on that matter on Monday, April 18, 2011, before the Honorable John R. Adams. Due to undersigned counsel's unavailability, the United States requests that if there is a need for an evidentiary hearing that the evidentiary hearing be conducted on the morning of the trial rather than April 19, 2011. This request is not made for purposes of delay but

2

rather to facilitate undersigned counsel being able to be present for any evidentiary hearing. At this time, there have been no motions requiring an evidentiary hearing; however, undersigned counsel became aware through the Court's recent journal entry that any necessary evidentiary hearing is scheduled to take place on April 19, 2011.

                                  Respectfully submitted,
                                  STEVEN M. DETTELBACH
                                  United States Attorney

By:    /s/ Phillip J. Tripi
         Phillip J. Tripi (0017767)
         Assistant U.S. Attorney
         801 West Superior Avenue, Suite 400
         Cleveland, Ohio 44113-1852
         Tel. No.: (216) 622-3769
         Fax No.: (216) 522-8355
         Phillip.Tripi@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to parties indicated on the electronic filing receipt. All other parties may access this filing through the Court's system.

                                  s/ Phillip J. Tripi
                                  Phillip J. Tripi
                                  Assistant U.S. Attorney