DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:11CR70 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Matthew J. Holland | ) | |
| Richard Michael Persa | ) | |
| | ) | |
| Defendant(s). | ) | |

The government has filed a motion for continuance of any needed evidentiary hearing in this case from April 19, 2011, to the morning of the scheduled trial for Matthew J. Holland set for April 25, 2011.

In early March the Court scheduled a status conference in this matter for April 19, 2011 at 1:00 p.m. and recently indicated that it would conduct an evidentiary hearing in the event an evidentiary hearing was required following the status conference at 1:00 p.m. on April 19, 2011.

The government's motion is DENIED.

IT IS SO ORDERED.

| | |
|---|---|
| April 6, 2011 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |