IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR070 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD |
| | ) | |
| -vs- | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| RICHARD M. PERSA, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through counsel, Steven M. Dettelbach, United States Attorney, and Blas E. Serrano, Assistant U. S. Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record, and requests that all notices and entries sent by this Court to Phillip J. Tripi, Assistant U.S. Attorney, also be sent to Blas E. Serrano, Assistant U. S. Attorney.

        Respectfully submitted,

        STEVEN M. DETTELBACH
        United States Attorney

By:    /s/Blas E. Serrano
        Blas E. Serrano (#0009879)
        Assistant U.S. Attorney
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113-1852
        Tel. No.:  (216) 622-3873
        Fax No.:  (216) 522-8355
        blas.serrano@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to parties indicated on the electronic filing receipt. All other parties may access this filing through the Court's system.

                                                                              <u>s/Blas E. Serrano</u>
                                                                              Blas E. Serrano
                                                                              Assistant U.S. Attorney