**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.  1:11 CR 00070** |
| | ) | |
| **Plaintiff** | ) | **JUDGE DAVID D. DOWD, JR.** |
| | ) | |
| **v.** | ) | **SUPPLEMENTAL MOTION TO** |
| | ) | **DEFENDANT, MATTHEW HOLLAND'S** |
| | ) | **MOTION FOR PREPARATION OF A** |
| **MATTHEW HOLLAND** | ) | **PRESENTENCE REPORT** |
| | ) | **PRIOR TO A PLEA OR** |
| **Defendant** | ) | **FINDING OF GUILT** |

Now comes Defendant, Matthew Holland, by and through counsel, and respectfully moves to supplement the Motion for Preparation of a Presentence Report Prior to a Plea or Finding of Guilt due to an apparent mistake contained in Defendant's criminal history presented to counsel by assistant U. S. Attorney.

Contained in the criminal history report are two violent convictions that do not appear to be the Defendant in this case.  These convictions, or lack thereof, would have a significant impact on Defendant's sentencing.

Accordingly, in the interest of justice, and not for purposes of delay, Defendant requests this Court to have a Presentence Report prepared prior to a plea or finding of guilt.

Respectfully submitted,


s/John P. Hildebrand, Sr.
JOHN P. HILDEBRAND, SR. (0025124)
Attorney for Defendant
JOHN P. HILDEBRAND CO., LPA
21430 Lorain Road
Fairview Park, Ohio 44126
440-333-3100 / Facsimile 440-333-8992
E-mail: jackhild@hotmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the foregoing Motion to Supplement

Defendant, Matthew Holland's Motion for Preparation of a Presentence Report Prior to a Plea or

Finding of Guilt has been filed electronically.  Notice of this filing will be sent to all parties by

operation of the Court's electronic filing system.

s/ John P. Hildebrand, Sr.
JOHN P. HILDEBRAND, SR. (0025124)
Attorney for Defendant
JOHN P. HILDEBRAND CO., LPA
