DOWD, J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:11CR70 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Matthew Holland | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

    This case is scheduled for trial on April 25, 2011. A suppression heariing is scheduled for April 19, 2011. Pursuant to the Court's Trial Order which was filed on March 8, 2011, a number of requirements are imposed upon counsel in preparation for proceeding to trial. On April 8, 2011, counsel for the defendant filed a motion for preparation of a Pre-sentence Report prior to a plea or finding of guilt. The motion for a Pre-sentence Report prior to a plea or finding of guilt has been filed too late. The motion is DENIED. The case will proceed as previously scheduled.

    IT IS SO ORDERED.

| | |
|---|---|
|  April 12, 2011 |  */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |