# GOVERNMENT

## Evidentiary Hearing on Motions to Suppress

## EXHIBIT INDEX

U.S.A.
**PLAINTIFF**

vs Richard Michael Persa
Matthew J. Holland
**DEFENDANT**

Case Number 1:11CR70

Exhibits in file

| Exhibit I.D. | Description | I.D. | Offered | Objection | Admitted | Denied | Misc. |
|---|---|---|---|---|---|---|---|
| 1 | Photos | | X | | X | | |
| 2 | " | | X | | X | | |
| 3 | " | | X | | X | | |
| 4 | " | | X | | X | | |
| 5 | " | | X | | X | | |
| 6 | " | | X | | X | | |
| 7 | " | | X | | X | | |
| 8 | " | | X | | X | | |
| 9 | " | | X | | X | | |
| 10 | Photo | | X | | X | | |
| 11 | Photo door | | X | | X | | |
| 12 | Photo door frame | | X | | X | | |
| 13 | Photo of A Persa | | X | | X | | |

Witnesses:
(1) Michael Billett (Cleveland Police)
(2) Thomas Shaldens (Cleveland Sgt. Police)
(3) Kerry McCafferty, FBI