2011 MAY 13 PM 2: ○

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

WAIVER OF RIGHTS PURSUANT TO SPEEDY TRIAL ACT OF 1984

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

United States of America )
 )
vs. ) Criminal Action Number:
Matthew J. Holland )
 ) 1:11 CR 70
 )

We, the attorneys for the respective party(s) and I, Matthew J. Holland the Defendant hereby with the consent of the Court waive the rights of the Defendant to speedy trial pursuant to the Speedy Trial Act of 1984.

_____
Asst. U.S. Attorney

APPROVED:
_____
U.S. DISTRICT JUDGE

_____
Attorney for Defendant

_____
Defendant