UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | |
| | ) | CASE NO.  4:10CR0415 |
| Plaintiff, | ) | 1:11CR0070 |
| | ) | |
| v. | ) | |
| | ) | |
| Trent Shepard | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | <u>O R D E R</u> |
| | ) | |
| U.S.A. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Matthew J. Holland | ) | |
| | ) | |
| Defendant. | ) | |

The Court will impanel juries in the above captioned cases on July 25, 2011, at 9:00 a.m. The Court will impanel the jury in the Holland Case first and then proceed in the afternoon with opening statements and trial.  The Court will impanel the jury in the Shepard case after the Holland jury has been impaneled.  The Shepard case will then proceed on Monday, August 1, 2011.  In the event the Holland case does not go on July 25, 2011, then the Court will impanel the jury in the Shepard case on August 1, 2011, at 9:00 a.m. and then proceed with its trial.

IT IS SO ORDERED.

| | |
|---|---|
|  June 27, 2011 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |