DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CASE NO. 1:11 CR 70 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Matthew J. Holland, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon oral motion and for good cause shown, the status conference in this case previously scheduled for Thursday, July 14, 2011 is rescheduled for Wednesday, July 13, 2011 at 1:00 p.m.

IT IS SO ORDERED.

  July 11, 2011                                          /s/ David D. Dowd, Jr.
Date                                                     David D. Dowd, Jr.
                                                         U.S. District Judge