DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | CASE NO. 1:11 CR 70 |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| Matthew J. Holland, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon oral motion of counsel and for good cause shown, the status conference previously scheduled for 1:00 p.m. on July 13, 2011 is re-scheduled for 3:00 p.m. on July 13, 2011.

IT IS SO ORDERED.

July 11, 2011  
Date

*/s/ David D. Dowd, Jr.*  
David D. Dowd, Jr.  
U.S. District Judge