IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:   1:11 CR 70 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEAL** |
| MATTHEW J. HOLLAND, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes Defendant, Matthew J. Holland, by and through undersigned counsel, Jaime P. Serrat, who hereby gives Notice of Appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment of the United States District Court, Northern District of Ohio, on the questions of law and fact in the above-captioned action, entered by said district court in its Judgment journalized on November 8, 2011.

        Respectfully Submitted,

        /s/ Jaime P. Serrat /s/_____
        JAIME P. SERRAT, (#0031660)
        Attorney for the Defendant
        2000 Standard Building
        1370 Ontario Street
        Cleveland, OH 44113
        (216) 696-2150
        (216) 696-1718- fax
        serratlaw@hotmail.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2011 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jaime P. Serrat /s/_____
JAIME P. SERRAT, (#0031660)