TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION | District Court No. _____ 1:11cr70-2<br>USCA No. **11-4301** |

**CAPTION**

U.S.A.

PLAINTIFF - __Appellee__

v.

MATTHEW J. HOLLAND

DEFENDANT - __APPELLANT__

CURRENT COUNSEL FOR PLAINTIFF
NAME:  Phillip J. Tripi
FIRM NAME: U.S. Attorney's Office
ADDRESS:   Suite 400
            801 Superior Avenue, W
            Cleveland, OH.  44113
TELEPHONE:    216-622-3769

CURRENT COUNSEL FOR DEFENDANT
NAME:    Jaime P. Serrat
FIRM NAME:
ADDRESS:   2000 Standard Bldg.
            1370 Ontario Street
            Cleveland, OH.  44113
TELEPHONE:  216-696-2150

If Habeas Corpus,  Certificate of Appealability is:   ( ) granted     ( ) denied       ( ) pending

Criminal Defendant:  ( ) on bond     (X) incarcerated      ( ) on probation

Fees:   District Court & USCA Fee Paid:    ( ) yes      ( ) no       (X) not required
        Pauper Status:         ( ) granted    ( ) denied     ( ) pending
        Affidavit of Financial Status Filed:   (X) yes       ( ) no

Counsel:       (X) appointed    ( ) retained      ( ) pro se

District Court Judge:___Dowd___   Court Reporter: Bettis, Uphold Tami Mitchell, Mahnke, Callahan and Staiduhar.

Any hearing or trial   (X) yes   ( ) no      If yes, dates  1/24/11; 2/24/11; 4/19/11; 4/21/11; 5/13/11; 7/13/11 and 11/8/11.

FROM____Shawn Harrigan____            DATE_____NOVEMBER 16, 2011____

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2011**. Clerk, GERI M. SMITH, U.S. District Court