Case No. 11-4301

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**ORDER**


UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.                                                                                                      1:11cr70-2

MATTHEW J. HOLLAND

    Defendant - Appellant


    Upon consideration of the motion of Mr. Gregory A. Napolitano to withdraw as counsel for the appellant,

    It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.


                                                              **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: December 12, 2011