FILED
2012 JAN 20 PM 1:29
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

1-11-12

To Whom it may concern,     11 Cr 70 DDD

My name is Matthew Holland and I am currently serving a sentence at FCI Cumberland. Just last week I recieved a copy of my Judgement of my Criminal Case. Under the Section for requirements of my Supervised release you have it checked for me to samply with the requirements of the Sex Offender Registration and Notification Act. This order is wrong because I have Never been charged nor convicted of any kind of sex crime and I am asking that you please ammend this order. Thank-You

Matthew Holland